May 29, 1996
[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 96-1027

JOSEPH SANDERS HAAS, JR., ETC., ET AL.,

Plaintiffs, Appellants,

v.

BENT & JOHNSON, ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Steven J. McAuliffe, U.S. District Judge] 

Before

Selya, Boudin and Stahl,
Circuit Judges. 

Joseph S. Haas, Jr. on brief pro se. 

Per Curiam. The action was properly dismissed for 

lack of federal jurisdiction. Complete diversity did not

exist and plaintiff stated no federal claim.

Affirmed. 

-3-